Dear Clerk of Courts,

Please find my original & copies of my 1983. Please forward to me a time stamped copy for my records & please provide information of proper service upon defendents.

Thank you,

Scott Szilagyi
1414 E. 4TH ST.
Bethlehem, PA. 18015-204

*FORM TO BE USED BY A PRISONER FILING A*
*42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT*
*IN THE UNITED STATES DISTRICT COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

I. CAPTION

Scott Szilagyi
*(Enter the full name of the plaintiff or plaintiffs)*

v.

Sandy Foster-McClure
Robert Shupp III
Nicholas Szmodis
*(Enter the full name of the defendant or defendants)*

II. PARTIES

a. Plaintiff
   Full name: Scott Szilagyi
   Prison Identification number: 4690
   Place of present confinement: Northampton County Prison (N.C.P.)
   Address: 666 WALNUT Street, Easton Pa. 18042

   Place of confinement at time of incidents or conditions alleged in complaint, including address:
   Northampton County Prison, 666 WALNUT St. Easton. PA. 18042

   Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

   1. Full name including title: A.D.A Sandy Foster-McClure
      Place of employment and section or unit: Northampton County D.A's Office
   2. Full name including title: Robert Shupp III, Chief of Police
      Place of employment and section or unit: Hellertown Police Dept. Chief
   3. Full name including title: Nicholas Szmodis, Officer
      Place of employment and section or unit: Hellertown Police Dept, OFFICER
   4. Full name including title: _____
      Place of employment and section or unit: _____

   Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

2

### III. PREVIOUS LAWSUITS

*Instructions:*

*If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.*

*If you have filed other lawsuits, provide the following information.*

*Parties to your previous lawsuit:*

NOTE:

Plaintiffs  No Previous Law Suits exist as this Plaintiff
Defendants  was 100% denied access to not only the
Issues:  Courts, but refused any and all attempts at
proper assistance by the Northampton County Prison.

Court: if federal, which district? __N-A__

if state, which county? __N-A__

Docket number: __N-A__    Date filed: _____

Name of presiding judge: __N-A__

Disposition: (check correct answer(s)): Date: __N-A__

Dismissed ____ Reason? __N-A__

Judgment ____ In whose favor? __N-A__

Pending ____ Current status? __N-A__

Other ____ Explain __N-A__

Appeal filed? ____ Current status? __N-A__

*Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.*

### IV    ADMINISTRATIVE REMEDIES

*Instructions:*

*Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.*

3

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

   Type of procedure. (grievance, disciplinary review, etc.)
   No relief available while Plaintiff was in custody.

   Authority for procedure. (DC-ADM, inmate handbook, etc.)
   N-A for this Action

   Formal or informal procedure.  N-A

   Who conducts the initial review?  N-A

   What additional review and appeals are available? None! Plaintiff was denied access to the courts while in custody. Also denied assistance within Jail.

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

   On what date did you request initial review?  NOVEMBER 19TH, 2018

   What action did you ask prison authorities to take? To provide Plaintiff with either a Law Library, or form 42 USC 1983.

   What response did you receive to your request? None Received!

   What further review did you seek and on what dates did you file the requests? Oral request to Judge Anthony Beltrami on several dates from

   What responses did you received to your requests for further review?
   Judge Beltrami either denied me any assistance, or said "take it up with my attorney, whom refused to act.

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?
   The within named facility has No Law-Library in accord with state & federal standards, thereby denying access to the courts.

4

## V. STATEMENT OF CLAIM

*Instructions:*

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

See Attched

*Statement of Claim:*

All 3 Defendants acted in concert to cause an illegal D.U.I. For Profit, scam ment to both unjustly enrich the Canty, and raise their own status in both their jobs & communities. A.D.A. McClure allowed and encouraged Chief of Police Shupp, to cause the Departments main focus of operation & resources towards securing D.U.I. arrests by use of any means, mostly by illegal means of both "laying in wait," or by "entrapment," and by and thru the illegal use of unregistered Confidential Informants who either worked at, or staked out local drinking establishments, and then made contact with Officer Szmodis, who would then cause illegal traffic stops, as well conducting illegal Field sobriety testing, all this in a well refined, pre-meditaded process. A.D.A. McClure denied Plaintiff right to fair trial

## VI. RELIEF

*Instructions: Briefly state exactly what you want the Court to do for you.*

*Relief sought:* criminal

To cause a Federal investigation into the totally impossible number of D.U.I. related stops & arrests, to review this and numerous other cases involving the Hellertown Police Dept., and to oversee the reversal of wrongful convictions only achieved by the gross and willful deprivation of both State & Federal Civil Rights over see Atthct

## VII. DECLARATION AND SIGNATURE

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

11/4/20

*DATE*

Scott Sylagyi

*SIGNATURE OF PLAINTIFF(S)*

# STATEMENT OF CLAIM

All 3 Defendants acted in concert to knowingly & willfuly cause and operate an illegal D.U.I. for Profit Scam. Said scam ment to unjustly enrich the Canty, and to raise the personal status of the Defendants both personally and professionaly.

① Deft. McClure: Allowed and encouraged chief of Police Shupp, to cause the departments main focus of operations & resources towards securing D.U.I. arrests by use of illegal means such as "laying in wait" and Entrapment. Also using un-registered Confidental Informants who either worked at, or staked out local drinking establishments, and then made contact with officer Szmodis, who would then cause illegal traffic stops, as well as conducting illegal feild sobriety tests, all this in a well refined & pre meditated process.

Deft McClure also denied Plaintiff a fair Trial by refusing to release Discovery materials that prove out these allegations.



:L E. KUNZ, CLERK, U.S. District Court
N DISTRICT OF PENNSYLVANIA, 2609 U.S. COURTHOUSE
MARKET ST.
elphia, PA. 19106-1797

U.S.M.S.
U.X-RAY

Scott SZILAGYI
1414 E. 4TH ST.
BETHLEHEM, PA. 18015-2040

Michael E. Kunz, CLERK, U.
EASTERN DISTRICT OF PENNS,
601 MARKET ST.
Philadelphia, PA. 19106-1'